■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY L. SCALES, Appellant. [845 NYS2d 210]—Appeal from a judgment of the Supreme Court, Monroe County (Stephen R. Sirkin, A.J.), rendered December 21, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present— Hurlbutt, J.P., Gorski, Martoche, Lunn and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MARCELLO, Appellant. [845 NYS2d 210]—Appeal from an order of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), entered June 8, 2006. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Gorski, Martoche, Lunn and Peradotto, JJ.